# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anand, Justin S. | U.S. District Court, Northern District of Georgia | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, board of directors (vice chair) | Clairmont Oaks/Briarcliff Oaks |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anand, Justin S.** | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution/ Income ( ) |
| 2. 2020 | Alston & Bird - Salary ( ) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anand, Justin S.** | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cliff Valley School | Tuition agreement | K |
| 2. American Express | Credit Card statement | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anand, Justin S.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Bank of America, Checking Account | A | Interest | L | T | | | | | |
| 2.   Bank deposit program, Morgan Stanley Smith Barney ("MSSB") | A | Interest | J | T | | | | | |
| 3.   Nuveen Georgia Muni Bond Fund (MSSB) | D | Dividend | N | T | | | | | |
| 4.   Cohen & Steers Realty Income | C | Dividend | K | T | Buy (add'l) | 07/01/20 | J | | |
| 5.   Eaton Vance LTD Duration (MSSB) | A | Dividend | J | T | | | | | |
| 6.   Eaton Vance Tax-Managed Global Dvrsfd Eqty Incme Fd (MSSB) | A | Dividend | J | T | | | | | |
| 7.   First Eagle Global Fund (MSSB) | D | Distribution | N | T | Buy (add'l) | 12/23/20 | J | | |
| 8. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 9.   Legg Mason Clearbridge Aggressive Growth (MSSB) | B | Dividend | J | T | | | | | |
| 10.   Legg Mason Clearbridge Fundamental All Cap Value (MSSB) | A | Dividend | J | T | | | | | |
| 11.   LM Equity Income Clearbridge Dividend Strat (MSSB) | A | Dividend | K | T | | | | | |
| 12.   Legg Mason Clearbridge Large Cap Growth | B | Distribution | K | T | Buy (add'l) | 12/23/20 | J | | |
| 13.   Lord Abbot Short Duration Income Fund (MSSB) | A | Dividend | K | T | Buy (add'l) | 12/23/20 | J | | |
| 14.   SPDR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 15.   SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 16.   Vanguard Total Stock Mkt ETF (MSSB) | B | Dividend | L | T | | | | | |
| 17. | | | | | Buy (add'l) | 12/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anand, Justin S.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Clearbridge Energy MLP & Midstream CEM (MSSB) | A | Dividend | J | T | | | | | |
| 19. Thompson bond fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Wellington Fund | A | Dividend | J | T | | | | | |
| 21. Vanguard Index Trust 500 | A | Dividend | J | T | | | | | |
| 22. Vanguard US Growth Fd | A | Dividend | J | T | | | | | |
| 23. Fidelity Asset Mgr 85% Fund | C | Dividend | M | T | | | | | |
| 24. Fidelity Blue Chip Growth Fund | C | Dividend | M | T | | | | | |
| 25. Fidelity Diversified Int'l Fund | A | Dividend | L | T | | | | | |
| 26. Schwab S&P 500 Index | D | Int./Div. | O | T | Buy (add'l) | 12/18/20 | J | | |
| 27. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 28. Goldman Sachs Small Cap Value Inst | A | Dividend | M | T | Buy (add'l) | 04/08/20 | J | | |
| 29. JP Morgan Mid Cap Value Inst. Fund (Schwab) | E | Dividend | N | T | Buy (add'l) | 12/18/20 | J | | |
| 30. | | | | | Buy (add'l) | 12/11/20 | K | | |
| 31. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 32. American Funds EuroPacific Fund | B | Dividend | N | T | Buy (add'l) | 12/17/20 | J | | |
| 33. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 34. Prudential total return | C | Int./Div. | M | T | Buy (add'l) | 04/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anand, Justin S.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Alliance Bernstein Funds Large Cap Growth (Wells Fargo IRA) | A | Distribution | K | T | | | | | |
| 36. | Wells Fargo Large Cap Growth Funds (WFLNX) (IRA) | A | Dividend | J | T | | | | | |
| 37. | Wells Fargo Small/Mid Cap Fund (SOPVX) (IRA) | A | Dividend | J | T | | | | | |
| 38. | TIAA-CREF Georgia 529 Plan Aggressive Managed Alloc Acc't 1 | | None | M | T | Sold (part) | 09/25/20 | J | | |
| 39. | TIAA-CREF Georgia 529 acct 1 guaranteed cash return | | None | J | T | Buy | 01/13/20 | J | | |
| 40. | TIAA-CREF Georgia 529 Plan Mgd Alloc Acc't 2 | | None | M | T | Sold (part) | 09/25/20 | J | | |
| 41. | TIAA-CREF Georgia 529 acct 2 guaranteed cash return | | None | J | T | Buy | 01/13/20 | J | | |
| 42. | TIAA-CREF Georgia 529 Plan Mg Alloc Acc't 3 | | None | M | T | | | | | |
| 43. | Southern Co. | A | Dividend | J | T | | | | | |
| 44. | Gabelli Utilities | A | Dividend | J | T | | | | | |
| 45. | Chase checking account | A | Interest | L | T | | | | | |
| 46. | Chase savings account | A | Interest | J | T | | | | | |
| 47. | Vanguard Real Estate Index Institutional | D | Dividend | M | T | Buy (add'l) | 12/23/20 | J | | |
| 48. | | | | | | Buy (add'l) | 09/24/20 | J | | |
| 49. | | | | | | Buy (add'l) | 04/08/20 | J | | |
| 50. | | | | | | Buy (add'l) | 03/09/20 | J | | |
| 51. | Nelson Mullins equity contribution | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Anand, Justin S.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nelson Mullins defined benefit program | | None | | | Redeemed | 12/23/20 | K | | |
| 53. Georgia United Credit Union checking | A | Interest | K | T | | | | | |
| 54. Georgia United Credit Union savings | A | Interest | J | T | | | | | |
| 55. Capital One savings | C | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 37 -- this item was reported on my prior reports but with a typo in the ticker symbol, which I have now corrected.

Line 52 -- this item reflects a pension account relating       employment that I mistakenly omitted from last year's report

Lines 55-- this item relates to a bank account of an       that I mistakenly omitted from last year's report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Justin S. Anand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544